USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/5/2022__

# LAW OFFICES OF NOLAN KLEIN, P.A.

112 W. 34TH STREET, SUITE 1800
NEW YORK, NY 10120
PH: (646) 560-3230

633 S. ANDREWS AVE., SUITE 500
FORT LAUDERDALE, FL 33301
PH: (954) 745-0588

www.nklegal.com

Nolan Klein, Esq.
klein@nklegal.com

April 4, 2022

**VIA CM/ECF**

Honorable Judge Analisa Torres
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **_Mercer v. Le Bon NY Corp., et al._**
              *SDNY Case No.: 1:22-cv-00427*

Dear Judge Torres:

     This office represents the Plaintiff, Stacey Mercer, in the above-captioned case. The parties' joint letter and case management plan are due today. Counsel for Defendants, Le Bon NY Corp. and LL 1361 Lexington, returned executed waivers of service making their responses to the complaint due on May 9, 2022. As such, Plaintiff respectfully requests until on or after May 9, 2022 for the parties to file their joint letter and case management plan. This is the first such request in this case, and the request should not delay the matter or prejudice any party.

GRANTED. By **May 9, 2022**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: April 5, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge