UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STACEY MERCER, an individual,

                          Plaintiff,

           -against-

LEX90 CORP. d/b/a CORRADO, a New York
corporation and LL 1361 LEXINGTON AVENUE
LLC, a New York limited liability company,

                          Defendants.

ANALISA TORRES, District Judge:

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____                │
│ DATE FILED:   6/8/2022               │
└─────────────────────────────────────┘
```

22 Civ. 427 (AT)

**ORDER**

        The Court has been advised that the parties have reached a settlement in principle.  ECF No. 28.  The above-titled action shall be dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.

        Any application to reopen must be filed within thirty days of this Order; any application to reopen filed thereafter may be denied solely on that basis.  Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be so-ordered by the Court. Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

        Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is directed to close the case.

        SO ORDERED.

Dated: June 8, 2022
        New York, New York

_____
        ANALISA TORRES
        United States District Judge